The order below is hereby signed.

Signed: January 3 2014



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| **SAINT BROWN,** | * | |
| | * | Chapter 13 |
| Debtor. | * | |
| | * | Case No. 13-00162 |
| | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * | | |

**ORDER APPROVING SETTLEMENT**
**RESOLVING DEBTOR'S OBJECTION TO PROOF OF CLAIM**

WHEREAS Saint Brown ("Debtor"), by counsel, and Lafayette at Penn

Quarter Condominium Unit Owner's Association ("Lafayette"), by counsel, have

mutually resolved Debtor's September 18, 2013, objection to Lafayette's April 18, 2013, Proof of Claim, docketed as Claim Number 2, following hearing before this Court on October 23, 2013, it is hereby

HELD, that Lafayette at Penn Quarter Condominium Unit Owners shall file an amended Proof of Claim in the reduced amount of $23,558.67, which amount shall be paid by the Chapter 13 Trustee as currently provided for through the Debtor's Plan.

We ask for this:

**LEE LEGAL**

/s/   Brian V. Lee      DC Bar no. 978834
Brian V. Lee, Esq.
*Counsel for Debtor*
1250 Connecticut Avenue, Second Fl.
Washington, DC  20036
(202) 448-5136
bvlee@lee-legal.com

/s/  Elizabeth Menist   D.C. Bar no. 475052
Elizabeth Menist, Esq.
Ulani P. Gulstone, Esq.
*Counsel for Creditor Lafayette at Penn Quarter Condominium UOA*
Scheuermann & Menist
700 E Street, S.E.
Washington, D.C. 20003
(202) 547-9180
em1@estreetlaw.com
upg@estreetlaw.com

Copies to:

Cynthia A. Niklas, Esq.
Chapter 13 Trustee
4545 42nd Street NW, Suite 211
Washington, DC  20016

United States Trustee, Region 4
115 South Union Street, Suite 210
Alexandria, VA  22314

Lafayette at Penn Quarter Condo Ass'n
c/o Elizabeth Menist, Esq.
Scheuermann & Menist
700 E Street S.E.
Washington, D.C. 20003

Saint Brown
631 D Street NW #242
Washington, DC  20004

                             Dated: December 30, 2013